THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* INGEBORG BLUNDELL, Respondent.

Argued April 23, 1942; decided May 28, 1942.

*William O'Dwyer,* District Attorney (*Edward H. Levine* and *Henry J. Walsh* of counsel), for appellant.

*Alvin Jay Feldman* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL DEANGELIS, Appellant.

Argued April 24, 1942; decided May 28, 1942.

*Michael Ruggiero* for appellant.

*Charles P. Sullivan, District Attorney (Edmund C. Rowan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.